# Court of Appeals
# of the State of Georgia

ATLANTA,  October 25, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0324. FAZAIL AZIZAN v. ABBAS HAJIANBARZI.

Fazail Azizan filed a petition for a temporary protective order against Abbas Hajianbarzi under the Family Violence Act. The superior court dismissed the petition, and, in a separate order, awarded Hajianbarzi $3,000 in attorney fees. Azizan filed both a notice of appeal and a discretionary application,[1] seeking to appeal both the dismissal and the attorney fees award. The superior court dismissed Azizan's appeal. Azizan then filed this direct appeal, seeking review of the superior court's dismissal of his appeal. We lack jurisdiction.

As a rule, "a trial court's order dismissing a properly filed direct appeal is itself subject to a direct appeal." *American Med. Security Group, Inc. v. Parker*, 284 Ga. 102, 103 (2) (663 SE2d 697) (2008). However, a trial court's order dismissing an improperly filed direct appeal is not subject to direct appeal. See id. Here, a discretionary application was required to appeal the order dismissing Azizan's petition and the attendant fee award. See OCGA § 5-6-35 (a) (2) (requiring applications in domestic relations cases); *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999), disapproved on other grounds by *Gilliam v. State*, 312 Ga. 60, 64 (860 SE2d 543) (2021) (actions arising under the Family Violence Act are domestic relations cases which must be appealed through the discretionary application process); OCGA § 5-6-35 (a) (9) (requiring a discretionary application to appeal from orders granting or denying temporary restraining orders); see also OCGA § 5-6-35 (a) (6) (requiring a discretionary application to appeal in actions for damages

---

[1] See Case No. A24D0066 (docketed Sept. 11, 2023).

in which the judgment is $10,000 or less). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

      For these reasons, this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,*   10/25/2023  

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*